*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

FILED

JUN 18 2008

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>BETSEY WARREN LEBBOS,<br><br>           Debtor.<br>_____<br>ACTING UNITED STATES TRUSTEE<br>SARA L. KISTLER,<br><br>           Plaintiff,<br><br>v.<br><br>BETSEY WARREN LEBBOS,<br><br>           Defendant.<br>_____ | Case No. 06-22225-D-7<br><br><br>Adv. Pro. No. 08-2072-D<br><br>Docket Control No.:<br>None given |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

<u>MEMORANDUM DECISION</u>

On June 6, 2008, Betsey Warren Lebbos, the defendant in this adversary proceeding, filed an Affidavit to Disqualify The Honorable Robert Bardwil ("the Motion"), by which she seeks the recusal of the undersigned as the judge in this adversary proceeding. The defendant has previously sought the disqualification of the undersigned in her parent bankruptcy case and in another adversary proceeding, <u>Schuette v. Lebbos</u>, Adv. No. 07-2006. Her requests have been denied.

The court has reviewed the Motion and concludes that it is grounded on the defendant's dissatisfaction with the court's

Case 08-02072    Filed 06/18/08    Doc 30

prior rulings in the parent case and in Schuette v. Lebbos. The cases are uniform that a "judge's adverse rulings in the course of a judicial proceeding almost never constitute a valid basis for disqualification based on bias or partiality." 12 James Wm. Moore, Moore's Fed. Practice § 63.21[4], at 63-39 (3d. ed. 2006) (citing cases); see also Liteky v. United States, 510 U.S. 540, 554-55 (1994).

Further, the court remains persuaded, as it was on the defendant's earlier requests for disqualification, that the court is unbiased and impartial. The court also cannot find that "'a reasonable person with knowledge of all of the facts would conclude that the judge's impartiality might reasonably be questioned'." See In re Georgetown Park Apts., Ltd., 143 B.R. 557, 559 (B.A.P. 9th Cir. 1992), quoting United States v. Nelson, 718 F.2d 315, 321 (9th Cir. 1983) (other citations omitted).

For the reasons stated, the court finds that the defendant has not met her burden under 28 U.S.C. § 455(a) of overcoming the presumption of impartiality and demonstrating that the impartiality of the undersigned might reasonably be questioned. Nor has she demonstrated grounds for disqualification under 28 U.S.C. § 455(b). For these reasons, the Motion will be denied.

The court will issue an order consistent with this memorandum.

Dated: June 18, 2008

*Robert Bardwil*
ROBERT S. BARDWIL
United States Bankruptcy Judge

## CERTIFICATE OF MAILING

The undersigned deputy clerk in the office of the United States Bankruptcy Court for the Eastern District of California hereby certifies that a true copy of the attached document was mailed today to the following entities listed at the address(es) shown below:

Office of the United States Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Linda Schuette
P.O. Box 743
Palo Cedro, CA 96073

Michael Dacquisto
1901 Court Street
Redding, CA 96001

Betsey Warren Lebbos
P.O. Box 41306
Long Beach, CA 90853-1306

DATE: June 18, 2008                    _____
                                        Andrea Lovgren